IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLAYTON P. JORDAN,

 Plaintiff,

v.

BP EXPLORATION & PRODUCTION INC.,
BP AMERICA PRODUCTION COMPANY,
and HALLIBURTON ENERGY SERVICES,
INC.,

 Defendants.

CASE NO. 4:12-cv-00002-RH-WCS

On Removal from the Circuit Court,
Second Judicial Circuit of the State
of Florida, in and For Leon County,
Case No. 11-CA-3027

---

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** Plaintiff, Clayton P. Jordan, and gives notice of the voluntary dismissal of this cause against Defendants, BP Exploration & Production Inc., BP America Production Company, and Halliburton Energy Services, Inc., without prejudice, pursuant to Rule 41(b), *Fed. R. Civ. P.*

              Professor P. Tim Howard
              Howard & Associates,
              Attorneys at Law, P.A.
              8511 Bull Headley Road, Suite 405
              Tallahassee, Florida 32312
              (850) 298-4455 - telephone
              (850) 216-2537 - facsimile
              Florida Bar No. 655325
              ptim@aol.com

              Samuel T. Adams
              460 Grace Avenue
              Post Office Box 191
              Panama City, Florida 32402-0191
              (850) 785-3469 - telephone
              (850) 640-1562 - facsimile
              Florida Bar No. 160184
              tom@samueltadams.com

        Douglas S. Lyons
        Lyons and Farrar, P.A.
        325 North Calhoun Street
        Tallahassee, FL 32301
        (850) 222-8811 - telephone
        (850) 222-5583 - facsimile
        Florida Bar No. 128277
        doug.lyons@lyonsandfarrar.com

        ATTORNEYS FOR PLAINTIFF
        CLAYTON P. JORDAN


by:     /S/ Samuel T. Adams
       **SAMUEL T. ADAMS**


## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that the foregoing has been filed on February 29, 2012, via CM/ECF, which will send a copy of this filing via electronic mail to all attorneys of record, and a copy of the foregoing has been furnished on February 29, 2012, to counsel listed on the service list below.

        /S/ Samuel T. Adams
        **SAMUEL T. ADAMS**

**Service List**

J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000 - telephone
(312) 862-2200 - facsimile
Attorneys for BP

J. Riley Davis
Thomas A. Range
AKERMAN SENTERFITT
106 East College Avenue, Suite 1200
Tallahassee, FL 32301
(850) 224-9634 - telephone
(850) 222-0103 - facsimile
Attorneys for BP

Ginger Barry Boyd
BROAD & CASSEL
200 Grand Boulevard, Suite 205A
Destin, FL 32550
Attorneys for
Halliburton Energy Services, Inc.