IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLAYTON P. JORDAN,

    Plaintiff,

v.   CASE NO. 4:12cv2-RH/WCS

BP EXPLORATION & PRODUCTION INC.
et al.,

    Defendants.

_____/

## ORDER FOR DISMISSAL

The plaintiff having filed a notice of voluntary dismissal without prejudice ECF No. 22, the clerk must enter judgment stating, "This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)."  The clerk must close the file.

SO ORDERED on March 6, 2012.

                s/Robert L. Hinkle
                United States District Judge